Law Offices of David Henderson
PO BOX 2441
Bethel, AK 99559
907-543-1924 Fax
907-543-7891

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

Tom Tom; Laura Night for )
Herself and as Personal Representative of )
the Estate of Caleb Night, deceased. )
)
                             Plaintiffs, )
vs. )
)
UNITED STATES OF AMERICA, )
)
                             Defendant )
_____)

Case No.: _____ Civil

## COMPLAINT

COMES NOW plaintiffs, Tom Tom and Laura Night herself and as Personal Representative of the Estate of Caleb Night, deceased, by and through their counsel of record, David Henderson, and hereby claims and alleges as follows:

1. Plaintiffs are residents of the Fourth Judicial District, State of Alaska.

2. Defendant United States of America operates the Department of Health and Human Services which has a compacting agreement with the Yukon Kuskokwim Health Corporation.

3. This suit is brought pursuant to the Federal Tort Claims Act, 28 U.S.C. Sec. 2674, and this court has exclusive jurisdiction over this action pursuant to 28 U.S.C. Sec. 1346(b).

4. Notice of this claim as required by 28 U.S.C. Sec. 2675 was received by the U.S. Department of Health and Human Services on April 21, 2014.

5. Defendant has not rendered a final decision and more than six months have elapsed since plaintiffs submitted the administrative claim.

6. Tom Tom and Laura Night are the parents of Caleb Night, a minor child who was born on February 11, 2013 and died on August 27, 2013. Laura Night is the duly appointed, qualified, and acting personal representative of the Estate of Caleb Night.

7. Caleb Night was born in Bethel, AK. He was not given the proper immunizations to prevent meningitis. From August 21, 2013 to August 26, 2013, Caleb Night was taken to the treated at the Hooper Bay clinic and the Bethel Hospital operated by the Yukon-Kuskokwim Health Corporation (YKHC). The treating providers failed to diagnose and treat meningitis despite Caleb having classic symptoms of the disease. When it was finally determined that Caleb had meningitis, his brain had sustained irreversible brain damage. On August 26, 2013, Caleb Night was rushed to Bethel, and then sent to Anchorage. He died on August 27, 2014 at the Alaska Native Medical Center.

## COUNT I

(Pre-death pain and suffering to Caleb Night caused by negligence)

8. Medical personnel working for entities of the Yukon Kuskokwim Health Corporation were reckless and negligent in providing medical care to the plaintiff Caleb Night, including but not limited to, failing to properly treat, failing to examine, failing to timely diagnose, failing to reach a reasoned diagnosis, failing to arrange adequate follow-up, failing to act with the necessary degree of urgency, failing to administer medication, and failing to immunize.

9. As a direct and proximate result of the negligence of the defendant described above, the decedent sustained pre-death personal injury; great physical and mental pain, shock, agony and emotional suffering; loss of enjoyment of life; loss of love and companionship and other economic and non-economic losses all to his damage in excess of $100,00.00, the exact amount to be determined at trial.

## COUNT II.

(Consortium and negligent infliction of emotional distress claims to parents)

10. Plaintiffs Laura Night and Tom Tom reallege and incorporates herein as though they were set out in full, all allegations of the preceding paragraphs of the complaint and further alleges that as a direct and proximate result of the negligence of the defendant described above, the parents sustained negligent infliction of emotional distress and loss of love, support and consortium, injury, damage and loss including, but not limited to the following: past and future economic and non-economic damages, mental anguish and emotional distress; medical costs and related transportation, lodging and other expenses; loss of wages, loss of economic opportunities; loss of subsistence opportunities; loss of personal services, care and

affection and consortium all to her damage in excess of $100,000, the exact amount to be determined at trial.

## COUNT III.

(Loss to Estate)

11. Plaintiff Laura Night brings this action for the benefit of decedent's Estate, under the provisions of Alaska Statute 09.55.580. Plaintiff Laura Night, on behalf of the Estate of Caleb Night, realleges and incorporates herein as though they were set out in full, all allegations of the preceding paragraphs of the complaint and further alleges that as a direct and proximate result of the negligence of the defendant described above, decedent suffered severe physical and neurological injuries which caused decedent's death on August 27, 2013.

12. The decedent's estate has been deprived of the present value of the accumulations that the decedent would have made to his estate had he lived out his life expectancy.

13. By reason of the injury and death of decedent, decedent's estate has incurred damage and loss including, but not limited to: loss of pecuniary benefits; loss of prospective inheritance; loss of contributions for support; loss of assistance and services; loss of prospective training and education; and medical and funeral expenses.

WHEREFORE, each of the plaintiffs pray for relief as follows:

1. An amount in excess of One Hundred Thousand Dollars ($100,000.00), the exact amount to be determined at trial, plus prejudgment interest.

2. For reasonable costs and attorney fees incurred herein.

3. For such other and further relief as this court deems just and equitable.

DATED this 23rd day of October, 2014, at Bethel, Alaska.

LAW OFFICES OF DAVID HENDERSON
Attorneys for Plaintiffs

_____
David Henderson
Bar No. 9806014