KAREN L. LOEFFLER
United States Attorney

E. BRYAN WILSON
Assistant U. S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: bryan.wilson@usdoj.gov
FL Bar No. 0604501

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TOM TOM; LAURA NIGHT for Herself and as Personal Representative of the Estate of Caleb Night, deceased, <br><br> Plaintiff, <br><br> vs. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | Case No. 3:14-cv-00208-JWS <br><br> **NOTICE OF SETTLEMENT** |

The United States, through counsel, notifies the Court that the parties have reached a negotiated settlement of the claims in this action. A Stipulation for Dismissal with a proposed Order will be filed when the settlement documents and procedures are completed.

RESPECTFULLY SUBMITTED on October 14, 2015, at Anchorage, Alaska.

KAREN L. LOEFFLER
United States Attorney

s/E. Bryan Wilson
E. BRYAN WILSON
Assistant U. S. Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on October 14, 2015
a copy of the foregoing was served via electronic
service on:

David Henderson

s/E. Bryan Wilson
Office of the U.S. Attorney

*Tom Tom and Laura Night, PR Est of Caleb Night v. U.S.A.*
Case No. 3:14-v-00208-JWS