KAREN L. LOEFFLER
United States Attorney

E. BRYAN WILSON
Assistant U. S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: bryan.wilson@usdoj.gov
FL Bar No. 0604501

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| TOM TOM; LAURA NIGHT for Herself and as Personal Representative of the Estate of Caleb Night, deceased, | ) ) ) ) ) | Case No. 3:14-cv-00208-JWS |
| Plaintiff, | ) ) | **STIPULATION OF DISMISSAL** |
| vs. | ) ) | |
| UNITED STATES OF AMERICA, | ) ) | |
| Defendant. | ) | |

The Plaintiffs and defendant United States of America, via undersigned

counsel, stipulate that all claims that were asserted or that could have been

asserted by Plaintiffs against the United States in this action may be

dismissed with prejudice, with each party to bear its own costs, expenses, and attorney's fees.

RESPECTFULLY SUBMITTED on November 4, 2015, at Anchorage, Alaska.

KAREN L. LOEFFLER
United States Attorney

s/E. Bryan Wilson
E. BRYAN WILSON
Assistant U. S. Attorney

HENDERSON LAW OFFICES

s/David Henderson
Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that on November 4, 2015
a copy of the foregoing was served via electronic
service on:

David Henderson

s/E. Bryan Wilson
Office of the U.S. Attorney

*Tom Tom and Laura Night, PR Est of Caleb Night v. U.S.A.*
Case No. 3:14-v-00208-JWS

2